THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRECISION INDUSTRIAL CONTRACTORS, INC.,

   Plaintiff(s),

v.

NEW HAMPSHIRE INSURANCE COMPANY,

   Defendant(s).

Case No. 3:17-cv-05435-BHS

CORPORATE DISCLOSURE STATEMENT

COMES NOW defendant New Hampshire Insurance Company, by and through its attorneys Jensen Morse Baker PLLC, and submits the following disclosure pursuant to Civil Rule 7.1. New Hampshire Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

DATED: June 26, 2017

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 3:17-CV-05435-BHS

JENSEN MORSE BAKER PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
PHONE: 206.582.5060

JENSEN MORSE BAKER PLLC


By /s/ Gabriel Baker
   Gabriel Baker, WSBA No. 28473
   gabe.baker@jmblawyers.com
   Steven D. Jensen, WSBA No. 26495
   steve.jensen@jmblawyers.com

Attorneys for Defendant New Hampshire Insurance Company

CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. 3:17-CV-05435-BHS

JENSEN MORSE BAKER PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
PHONE: 206.582.5060

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 26th day of June, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, as well as delivered to the below counsel in the manner indicated.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Thomas W. Stilley<br>tstilley@sussmanshank.com<br>Laurie R. Hager<br>lhager@sussmanshank.com<br>SUSSMAN SHANK LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205 | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 26th day of June, 2017.

By */s/ Gabriel Baker*
    Gabriel Baker

CORPORATE DISCLOSURE STATEMENT - 3
CASE NO. 3:17-CV-05435-BHS

**JENSEN MORSE BAKER PLLC**
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98104
PHONE:  206.582.5060