THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRECISION INDUSTRIAL CONTRACTORS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> NEW HAMPSHIRE INSURANCE COMPANY, <br><br> Defendant(s). | Case No. 3:17-cv-05435-BHS <br><br> **STIPULATED MOTION FOR ORDER OF DISMISSAL; ORDER OF DISMISSAL** <br><br> NOTE ON MOTION CALENDAR: <br><br> OCTOBER 19, 2018 |

## I. STIPULATION AND MOTION

COME NOW Plaintiff Precision Industrial Contractors, Inc. and Defendant New Hampshire Insurance Company, by and through their respective counsel of record, and hereby stipulate and agree to and respectfully move the Court for and Order dismissing this entire action, including all claims, with prejudice and without an award of fees or costs to any party.

IT IS SO STIPULATED this ___19th___ day of October, 2018.

/ / /

STIPULATED MOTION AND ORDER OF DISMISSAL;
ORDER OF DISMISSAL- Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1  SUSSMAN SHANK LLP

2
   By  *s/ Laurie R. Hager*
3      Thomas W. Stilley, WSBA 21718
       Laurie R. Hager, WSBA 38643
4      Attorneys for Plaintiff

5  JENSEN MORSE BAKER PLLC

6
   By  *Gabe Baker*
7      _____
       Gabriel Baker, WSBA No. 28473
8      gabe.baker@jmblawyers.com
       Steven D. Jensen, WSBA No. 26495
9      steve.jensen@jmblawyers.com
       Attorneys for Defendant New Hampshire Insurance Company
10

## II. ORDER ON STIPULATION

The Court having reviewed the foregoing Stipulation and Motion of the parties hereto, the pleadings and records on file herein, and being otherwise fully advised in the premises;

It is HEREBY ORDER, ADJUDGED AND DECREED that the stipulated motion is GRANTED. This entire action is hereby DISMISSED with prejudice and without an award of attorney fees or costs to any party.

DONE this  22nd  day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge